AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Martin Lol-Chan

AKA:

IAE    YOB: 1987
Guatemala

(Name and Address of Defendant)

United States District Court
Southern District Of Texas
FILED

JUL 2 5 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-1740-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 24, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Martin Lol-Chan was encountered by Border Patrol Agents near Roma, Texas on July 24, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 24, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 29, 2018, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 2, 2018, the Defendant was convicted of Assault Causes Bodily Injury Family Member and was sentenced to one (1) year confinement.

Approved by: AUSA M.R.L.M
7/25/19

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 25, 2019                                    Julio C Peña          Border Patrol Agent

J. Scott Hacker                , U.S. Magistrate Judge
Name and Title of Judicial Officer                                Signature of Judicial Officer